IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                            ) | CASE NO. 3:21-CR-158-ECM-KFP |
| ) | |
| JERMAINE MIZELL JONES  ) | |

## **ORDER**

The Court held a hearing on September 8, 2021. Upon consideration of Defendant's oral motion to withdraw his previously filed Motion to Suppress, it is ORDERED that the motion is GRANTED.

It is further ORDERED that the Motion to Suppress (Doc. 48) and the Supplemental Motion to Defendant's Motion to Suppress (Doc. 51) are DENIED as moot.

DONE this 8th day of September, 2021.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE